# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LAURALEE FULLER, o/b/o A.D.F.**

        **Plaintiff,**

**-vs-**                                **Case No. 6:06-cv-1519-Orl-19KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

___

## REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS (Doc. No. 12)**
>
> **FILED:**   December 7, 2006
>
> ___
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

Plaintiff Lauralee Fuller requests leave to proceed without prepayment of fees pursuant to 28 U.S.C. § 1915. In this circuit, an affidavit of indigency is sufficient for *in forma pauperis* status "if it represents that the litigant, because of his poverty, is unable to pay for the court fees and costs, and to support and provide necessities for himself and his dependents." *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004) (per curiam) (citing *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948)). A litigant need not show that he is "'absolutely destitute'" to qualify. *Id*.

The affidavit reflects that while Fuller is unemployed and has few assets, her husband is employed. His monthly income exceeds the family's listed monthly expenses by more than $1,000.00. Accordingly, *in forma pauperis* status is inappropriate. *See Caldwell v. Providence Family Physician (Tillman's Corner) Seton Med. Mgmt.*, No. CA 04-0819-WS-C, 2005 WL 1027287 (S. D. Ala. April 29, 2005).

It is, therefore, respectfully recommended that the plaintiff's application be denied and that, if the required filing fee is not paid within 11 days from the date of any order adopting this Report and Recommendation, the case be dismissed.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**RESPECTFULLY RECOMMENDED** in Orlando, Florida on December 15, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties