**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LAURALEE FULLER, o/b/o A.D.F.,

    Plaintiff,

vs.                                    CASE NO. 6:06-CV-1519-ORL-19KRS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 13, filed December 15, 2006). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 13) is **ADOPTED and AFFIRMED.** Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. No. 12, filed December 7, 2006) is **DENIED.** The required filing fee shall be paid **within eleven (11) days** from the date of this Order, or this case shall be dismissed.

**DONE AND ORDERED** at Orlando, Florida, this   8th   day of January, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record